NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000575
08-AUG-2018
10:00 AM

NO. CAAP-18-0000575

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ERIC M. BILLINGTON, Claimant-Appellant,
v.
COMPUTER SCIENCES CORP.; AMERICAN ZURICH INSURANCE CO.,
Insurance Carrier; and FIRMS CLAIMS SERVICES, INC., Adjuster,
Appellees.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. 2-11-04152)

ORDER GRANTING MOTION TO WITHDRAW THE APPEAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the document entitled "Rescind my APPEAL of the 'ORDER ADOPTING PROPOSED DECISION AND ORDER,'" which we construe as a motion to withdraw the appeal, filed by Claimant-Appellant Eric M. Billington, on July 24, 2018, the papers in support, and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, **August 8, 2018.**

Presiding Judge

Associate Judge

Associate Judge